RITCHIE DEVELOPMENT, LTD.,
Plaintiff–Appellant,

v.

Curtis ROYS, Defendant–Appellee.

No. 02–1621.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 5, 2003.

Before LOURIE, LINN, and PROST,
Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Burton S. RUBIN and Evo Pen,
Inc., Plaintiffs–Appellants,

v.

HENKEL CORPORATION and Manco,
Inc. (now known as Henkel Consumer
Adhesives, Inc.), Defendants–Appellees.

No. 02–1604.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 8, 2003.

Before MICHEL, Circuit Judge,
ARCHER, Senior Circuit Judge, and
LOURIE, Circuit Judge.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

*AFFIRMED. See* Fed. Cir. R. 36.